IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH MILILLO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 16-298 |
| CEC ENTERTAINMENT, INC., et al., | : | |
| Defendants. | : | |

# **ORDER**

AND NOW, this 28th day of July, 2016, upon consideration of Plaintiff's Petition for Leave to Settle or Compromise a Minor's Action (Doc. No. 32), it is hereby ORDERED that the Petition is GRANTED and that Plaintiff is authorized to enter into a settlement with the Defendants for the gross sum of $75,000.00.  Defendants shall forward all settlement funds, within the time period agreed to by the parties, to Plaintiff's counsel for proper distribution.  IT IS FURTHER ORDERED that the settlement proceeds shall be distributed as follows:

1. To Plaintiff's counsel, Kornblau & Kornblau, P.C., the sum of $22,500.00 for attorney's fees;

2. To Plaintiff's counsel, Kornblau & Kornblau, P.C., the sum of $1,715.69 for reimbursement of litigation costs;

3. To Independence Blue Cross Family of Companies c/o Equian, the sum of $1,336.00 for reimbursement of the medical expenses incurred by Plaintiff on minor, Julius Milillo's ("J.M.") behalf;

4. To J.M. the sum of $49,448.31 to be placed in a federally-insured, interest-bearing savings account, certificate of deposit, or credit union account from a federally-insured bank or savings institution in Bucks County, Pennsylvania, with the account to be titled and restricted as not to be payable to the J.M. until he reaches the age of majority or until further order of the Court.

BY THE COURT:


*/s/Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE